GERSETA CORPORATION v. ISAAC OZDOBA and Others.— Motion to dismiss

appeal granted, without costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.